**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Osvaldo Ortega, being first duly sworn, do here by depose and state that:

1.      I am employed as a Task Force Officer (TFO) with the Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), San Juan, Puerto Rico.  I have been employed as a Police Officer with the San Juan Police Department for 24 years and I have been a TFO with HSI since May 2010.  I am a graduate of the Puerto Rico Police Department (PRPD) Academy.  Prior to becoming a TFO with HSI San Juan, I was a TFO with the Puerto Rico Criminal Investigations Bureau (NIE) and INTERPOL for five years. Additionally, prior to that, I was assigned to the Missing Children Division of the San Juan Municipal Police.

2.      Currently, I am assigned to the HSI San Juan's Human Exploitation and Document Benefit Fraud Group. I have personally conducted and participated in numerous investigations. Your Affiant's responsibilities include conducting investigations concerning the trafficking of narcotics, money laundering, importation and exportation of illegal arms, to include the Interstate Transportation of Firearms (18 U.S.C. § 922), immigration, document and benefit fraud, and related offenses. I am personally familiar with and have used all normal methods of investigations, including but not limited to: visual surveillance, electronic surveillance, informants, witness interviews, interrogations, and undercover operations.

3.      Because this Affidavit is submitted for a limited purpose, I have not included details of every aspect of this investigation. I am thoroughly familiar with the information contained in this Affidavit, either through personal investigation or discussions with other

1

law enforcement officers who have interviewed individuals or personally have obtained information, which they in turn have reported to me.

**FACTS IN SUPPORT OF PROBABLE CAUSE**

3.      On or about September 12, 2022, PRPD officers were in Puerto Nuevo, San Juan, Puerto Rico (PR) to serve a Eligio TRINIDAD-Nova with a citation for an interview. PRPD officers observed TRINIDAD-Nova exiting his vehicle and walking towards his residence while speaking on a cellphone.

4.      After PRPD officers identified themselves to TRINIDAD-Nova and explained the purpose of their visit. TRINIDAD-Nova ignored their verbal instructions, continued speaking on the cellphone and proceeded to walk towards his residence.

5.      At this point, PRPD officers explained to TRINIDAD-Nova that they needed his cooperation in receiving the citation. TRINIDAD-Nova then grabbed his waist with his hand as if he was attempting to retrieve or hold an item near his waist. As a safety precaution, PRPD officers went to hold TRINIDAD-Nova's arm, but TRINIDAD-Nova became noncompliant and forceful. During this time, PRPD officers witnessed TRINIDAD-Nova continuing to reach for his waist.

6.      Ultimately, PRPD officers placed TRINIDAD-Nova under arrest and found a firearm on TRINIDAD-Nova's front waist. Specifically, PRPD officers seized:

   i.   one (1), Glock 26, 9mm caliber pistol, bearing serial number AESU975;

  ii.   one (1), black Glock 9mm caliber pistol magazine; and

 iii.   Twelve (12) rounds of 9mm ammunition.

7.      Subsequently, PRPD officers read TRINIDAD-Nova his Miranda rights. Post-Miranda, TRINIDAD-Nova voluntarily explained he illegally purchased the firearm

2

approximately two weeks ago. Furthermore, TRINIDAD-Nova stated he was currently illegally present in the United States and had been so for many years.

8.      PRPD officers conducted a review of local law enforcement records which revealed TRINIDAD- Nova currently did not own a state-issued permit to legally carry a firearm. Further, HSI San Juan personnel conducted immigration and law enforcement checks which revealed TRINIDAD-Nova is an undocumented non-citizen unlawfully present in the United States.

9.      Lastly, the investigation revealed that no firearms, including the type mentioned above, are manufactured in Puerto Rico. Therefore, the investigation concluded that the above-mentioned firearm had been shipped or transported in interstate or foreign commerce.

### CONCLUSION

10.      Based on the facts set forth above, I submit that there is probable cause that Eligio TRINIDAD-Nova violated Federal Law, to wit: 8 U.S.C. § 1325(a) (Improper entry by alien) and 18 U.S.C. § 922(g)(5) (Illegal alien in possession of a firearm or ammunition).

OSVALDO ORTEGA-BENITEZ
Digitally signed by OSVALDO ORTEGA-BENITEZ
Date: 2022.09.13 11:19:17 -04'00'

_____
Osvaldo Ortega
Task Force Officer
Homeland Security Investigations

Subscribed and sworn by telephone in accordance with the requirement of Fed. R. Crim. P. 4.1. by telephone at 12:40 p.m. on September 13, 2022.


_____
Hon. Bruce J. McGiverin
United States Magistrate Judge
District of Puerto Rico