## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED AND FILED

CLERK'S OFFICE USDC PR

2022 SEP 28 PM5:09

UNITED STATES OF AMERICA,

v.

ELIGIO TRINIDAD-NOVA,

Defendant.

**INDICTMENT**

Criminal No. 22-419 (FAB)

Violations:
18 U.S.C. § 922(g)(5)
8 U.S.C. § 1325(a)(1)

Forfeiture Allegation

**TWO COUNTS**

**THE GRAND JURY CHARGES:**

### COUNT ONE
Prohibited Person in Possession of Firearm and Ammunition
18 U.S.C. § 922(g)(5)

On or about September 12, 2022, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

ELIGIO TRINIDAD-NOVA,

knowing that he was an alien illegally and unlawfully in the United States, did knowingly possess, a firearm and ammunition, that is: one Glock, model 26, 9mm caliber, bearing serial number AESU975 and twelve rounds of 9mm caliber ammunition, said firearm and ammunition having been shipped and transported in interstate and foreign commerce. All in violation of 18 U.S.C. §§ 922(g)(5) and 924(a)(2).

## COUNT TWO
Improper Entry by Alien
8 U.S.C. § 1325(a)(1)

In or about 2002, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

ELIGIO TRINIDAD-NOVA,

who was then and there an alien, did knowingly and unlawfully attempt to enter the United States at a time and place other than as designated by immigration officers for entrance of immigrants into the United States. All in violation of 8 U.S.C. § 1325(a)(1).

## FIREARMS FORFEITURE ALLEGATION

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Upon conviction of the offense in violation of 18 U.S.C. § 922(g)(5) as set forth in Count One of this Indictment, the defendant,

ELIGIO TRINIDAD-NOVA,

shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearm and ammunition involved in the commission of the offense, including, but not limited to: one Glock, model 26, 9mm caliber, bearing serial number AESU975 and twelve rounds of 9mm caliber ammunition.

All in accordance with 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

TRUE BILL

_____

FOREPERSON
Date: _September 28, 2022_

W. STEPHEN MULDROW
United States Attorney

_____
Jonathan Gottfried
Assistant United States Attorney
Chief, Violent Crimes Division

_____
Linet Suárez
Assistant United States Attorney
Violent Crimes Division